# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos. 1:24-CR-00104-DMT |
| | ) | and 1:23-CR-00118-DMT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **CHANGE OF PLEA HEARING** |
| Cameron Monte Smith, | ) | |
| | ) | |
| Defendant, | ) | |

THE PARTIES, the United States of America, by and through the United States Attorney's Office, District of North Dakota, and the Defendant, by and through Attorney Kevin J. Chapman and Chapman Law Firm, P.C., do hereby agree to continue the Change of Plea Hearing currently scheduled for Thursday, July 11, 2024, to a later date yet to be determined.

DATED this _10_ day of July, 2024.

*Chapman Law Firm, P.C.*
417 First Ave. East
PO Box 1920
Williston, ND 58802-1920
(701) 572-3966

_____
Kevin J. Chapman, ND Bar Id: 05076
kevin@chapmanlawoffice.com
ATTORNEY FOR THE DEFENDANT

U.S. ATTORNEY'S OFFICE
P. O. Box 699
Bismarck, ND 58502
701-530-2420

_____
David D. Hagler, ND Bar Id: 04696
david.hagler@usdoj.gov
LEAD ATTORNEY